UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ROGER AKERS** ) | |
| ) | |
| **Plaintiff** ) | **Case Number: 1:11-cv-01065** |
| ) | |
| **vs.** ) | |
| ) | |
| **GLOBAL CREDIT & COLLECTION CORP** ) | |
| **&** ) | |
| ) | |
| **CAPITAL ONE SERVICES, LLC** ) | |
| ) | |
| **Defendants** ) | |
| _____ ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Roger Akers, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY: /s/ Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff
Warren & Vullings, LLP
93 Old York Road- Ste. 333
Jenkintown, PA 19046
215-745-9800